UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WAYNE L. WHEAT, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11-cv-309 |
| v. | : | |
| | | **District Judge Walter H. Rice** |
| JPMORGAN CHASE BANK, N.A., *et al.*, | : | **Magistrate Judge Michael J. Newman** |
| Defendants. | : | |

# ORDER

On June 8, 2012, the Court held a second conference call to hear additional arguments regarding Plaintiff's motion to compel discovery (doc. 9).[1] During this conference call, counsel for Plaintiff and Defendants discussed with the Court the issue of whether one or more additional defendants should be added to this suit. Defendants' counsel indicated, on the record, that Defendants would not object should Plaintiff seek to amend his complaint to add additional defendants. The Court also reminded the parties of the upcoming June 26, 2012 discovery deadline.

To the extent Defends wish to file a memorandum in opposition to Plaintiff's motion to compel discovery, they are **ORDERED** do so **by June 15, 2012**. Defendants are also **GRANTED** leave to file under seal any exhibits to their memorandum in opposition.

IT IS SO ORDERED.

June 8, 2012                                                s/ **Michael J. Newman**
                                                                       United States Magistrate Judge

---

[1] Since the Court's first conference call on May 29, 2012, Defendants have served on Plaintiff's counsel responses to Plaintiff's interrogatories, document production requests, and requests for admission (*see* docs. 11, 12).