IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WAYNE L. WHEAT, | : |
|     Plaintiff, | |
|     v. | :   Case No. 3:11-cv-309 |
| CHASE BANK, JP MORGAN CHASE BANK, N.A. et al., | :   JUDGE WALTER H. RICE |
|     Defendants. | : |

ENTRY SUSTAINING THE MOTION TO REDACT TRANSCRIPT (DOC. #83) FILED BY DEFENDANT JPMORGAN CHASE BANK, N.A.; ORDER TO THE CLERK AND THE COURT REPORTER

---

Pending before the Court is Defendant JPMorgan Chase Bank, N.A.'s Motion to Redact Certain Portions of the Transcript of the Proceedings Held on June 8, 2012, Before the Official Transcript is Made Publicly Available. Doc. #83. The motion concerns certain subject matter in the transcript of a June 8, 2012, hearing, and the copy of the transcript filed at Doc. #80. Defendant previously set forth the reasons why federal law requires the redaction and seal of certain records in this case. Doc. #79. The parties previously stipulated to the redaction of certain materials, and Plaintiff agreed to withdraw certain documents. *See* Doc. #85 (Plaintiff's Notice of Withdrawal of Document); Doc. #86 (Stipulated Order).

For the reasons previously set forth by Defendant, the motion is SUSTAINED. The Court ORDERS the Court Reporter to redact the transcript, and

the Clerk to redact the transcript at Doc. #80, as follows: from Page 14, line 25, through Page 15, line 13.

Date: April 1, 2015

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE